RECEIVED

NOV 0 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **HARRY L. BATISTE** | **DOCKET NO. 06-1352** |
| VS. | **JUDGE DOHERTY** |
| **JOHN BONIN, Individually and in his official capacity as a Police Officer for the City of Lafayette POLICE CHIEF OF CITY OF LAFAYETTE** | **MAGISTRATE JUDGE METHVIN** |

## RULING ON MOTION FOR SERVICE OF PROCESS AND ORDER

Before the court is a Motion for Service filed by *pro se* plaintiff Harry L. Batiste requesting that the U.S. Marshal serve a copy of the complaint on defendants.[1]

Rule 4(c)(2) of the Federal Rules of Civil Procedure provides:

Service may be effected by any person who is not a party and who is at least 18 years of age. *At the request of the plaintiff, however, the court may direct that service be effected by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. §1915 or is authorized to proceed as a seaman under 28 U.S.C. §1916.*

Fed. R. Civ. P. Rule 4(c)(2) (emphasis added).

Because plaintiff is proceeding *in forma pauperis*, he is entitled to have his summons and complaint served on defendants by the U.S. Marshal.

Considering the foregoing,

**IT IS ORDERED** that the Clerk shall serve a copy of this order, two (2) summonses, and USM-285 forms for defendants upon the plaintiff at his last known address.

**IT IS FURTHER ORDERED** that *within twenty (20) days after service of this order*, the plaintiff shall furnish to the Clerk of Court, Suite 2100, 800 Lafayette Street, Lafayette,

---

[1] Rec. Doc. 11.

2

Louisiana 70501, one (1) copy of the complaint, completed summonses for defendants, and completed USM-285 forms for service.

**IT IS FURTHER ORDERED** that once the Clerk has received the service documents, the Clerk shall serve defendants, through the U.S. Marshal.

Signed at Lafayette, Louisiana on November 3, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140     FAX 593-5155

COPY SENT:
DATE: 11/3/06
BY: CW
TO: Batiste w/ 2 summonses, and 2 USM-285 forms)