RECEIVED
NOV 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| HARRY L. BATISTE | DOCKET NO. 06-1352 |
| VS. | JUDGE DOHERTY |
| JOHN BONIN, Individually and in his official capacity as a Police Officer for the City of Lafayette POLICE CHIEF OF CITY OF LAFAYETTE | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION TO COMPEL
*(Rec. Doc. 12)*

Before the court is a Motion to Compel filed by filed by *pro se* plaintiff Harry L. Batiste on October 30, 2006.[1] Plaintiff seeks an order requiring the defendants to produce a copy of Police Report Number 5-00204398.

Rule 26(d) of the Federal Rules of Civil Procedure states, in part, that "[e]xcept in categories of proceedings exempted from initial disclosure ... or when authorized under these rules or by order or agreement of the parties, a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

In this case, the defendants have not been served, no scheduling order has been issued, and no Rule 26(f) conference has been conducted. Furthermore, it does not appear that the parties have made initial disclosures, or that they have agreed to begin the discovery process prior to the Rule 26(f) conference, nor has there been a court order allowing discovery to proceed prior to the Rule 26(f) conference. In fact, since the defendants have not been served, they have yet to make an appearance in this case.

---

[1] Rec. Doc. 12.

Once the Rule 26(f) conference has been conducted and the parties are free to begin the discovery process, plaintiff may propound discovery. Plaintiff is notified that discovery requests are not to be filed with the court. When propounding discovery, plaintiff simply has to mail the discovery to the party through the party's attorney. *See* Fed. R.Civ.Proc. Rules 33 and 34.[2] In the event that defendants do not respond or object to the discovery requests and plaintiff seeks a court order compelling production of the information, a motion to compel shall be filed in accordance with Fed.R.Civ.Proc. Rule 37.[3]

**IT IS HEREBY ORDERED** that plaintiff's Motion to Comepl is **DENIED**.

Signed at Lafayette, Louisiana on __November 7__, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[2] Plaintiff shall review the Federal Rules of Civil Procedure regarding the discovery process and shall obeyed by those rules in the future.

[3] Plaintiff shall not file a motion to compel until such time as the delays for responding to the discovery has passed, including a reasonable time period for mailing responses, i.e., plaintiff shall allow a few days after the delay has run before filing a motion to compel. Further, in a motion to compel, plaintiff shall also provide the date the discovery was mailed and a copy of the formal discovery propounded, as discussed above.