UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **HARRY L. BATISTE** | **DOCKET NO. 06-1352** |
| VS. | **JUDGE DOHERTY** |
| **JOHN BONIN, Individually and in his official capacity as a Police Officer for the City of Lafayette POLICE CHIEF OF CITY OF LAFAYETTE** | **MAGISTRATE JUDGE METHVIN** |

*RULING ON MOTION TO COMPEL*
*(Rec. Doc. 23)*

Before the court is a Motion to Compel filed by filed by *pro se* plaintiff Harry L. Batiste on May 29, 2007. Plaintiff seeks an order requiring defendants to answer his request for "Disclosure and Interrogatories." Defendants oppose the motion, noting that the discovery process in this case has not begun because the parties have not yet conducted a Rule 26(f) conference.

This is not the first attempt by Batiste to have the court compel defendants to answer discovery propounded prior to the commencement of the discovery process. On October 30, 2006, Batiste filed a motion to compel production of a police report.[1] On November 7, 2006, the undersigned noted that discovery had not yet commenced because the defendants had not been served, nor had the parties conducted the required Rule 26(f) conference. Accordingly, the motion was denied, and Batiste was notified that, according to Rule 26(d), discovery could not commence until after the Rule 26(f) conference had been conducted.[2]

Despite the ruling, Batiste propounded discovery on defendants on February 16, 2007, prior to the parties conducting the Rule 26(f) conference. In response, defendants sent a letter to Batiste

---

[1] Rec. Doc. 12.

[2] Rec. Doc. 14.

2

objecting to the discovery requests because they violate Rule 26(d).  Nonetheless, Batiste filed the instant motion seeking an order compelling responses to discovery requests.

As noted in the undersigned's November 7, 2006 ruling on the motion to compel, Rule 26(d) states, in pertinent part, that "[e]xcept in categories of proceedings exempted from initial disclosure ... or when authorized under these rules or by order or agreement of the parties, a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

Here, no scheduling order has been issued, the Rule 26(f) conference has not been conducted, the parties have not agreed to begin the discovery process prior to the Rule 26(f) conference, nor has there been a court order allowing discovery to proceed prior to the Rule 26(f) conference.  Moreover, defendants' motion to dismiss is pending before the district judge, which may dispose of this matter.[3]  Thus, Batiste's discovery requests are premature.

*Plaintiff is warned that future motions to compel relating to premature discovery requests will result in an order requiring him to pay the attorney's fees incurred by defendants in responding to the motion.*[4]

**IT IS HEREBY ORDERED** that plaintiff's Motion to Compel is **DENIED.**

Signed at Lafayette, Louisiana, on June 15, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[3] Rec. Doc. 17.

[4] Defendants' current request for attorney's fees is denied.